# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2021

*The Court of Appeals hereby passes the following order*

**A21D0257. IN THE INTEREST OF K. D. et al., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11520806 11520807 11520808 11520809 11520810



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 13, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*